# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: Davis, Steven D | § | Case No. 09 B 01316 |
| Davis, Valerie | § | |
| Debtors | § | |
| | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/16/2009.

2) The plan was confirmed on 04/27/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/05/2009.

5) The case was dismissed on 11/02/2009.

6) Number of months from filing or conversion to last payment: 5.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $37,750.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,779.20 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$5,779.20** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $400.23 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$400.23** |
| Attorney fees paid and disclosed by debtor    $0 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Calumet Union Drainage Dist | Priority | $4.12 | NA | NA | $0 | $0 |
| City Of Markham | Priority | $203.48 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Priority | $186.54 | $1,607.99 | $1,607.99 | $327.54 | $0 |
| Illinois Tollway | Priority | $145.60 | NA | NA | $0 | $0 |
| Cook County Treasurer | Secured | $608.95 | $921.28 | $921.28 | $0 | $0 |
| Healthcare Associates Credit Union | Secured | $0 | NA | NA | $0 | $0 |
| Healthcare Associates Credit Union | Secured | $0 | $5,423.59 | $5,423.59 | $0 | $0 |
| Resmae Mortgage Corp | Secured | $224,264.00 | $224,889.99 | $224,889.99 | $0 | $0 |
| Resmae Mortgage Corp | Secured | $16,983.58 | $16,726.65 | $16,726.65 | $0 | $0 |
| Santander Consumer USA | Secured | $3,353.00 | $3,353.00 | $3,353.00 | $729.69 | $0 |
| Santander Consumer USA | Secured | $23,974.50 | $23,974.50 | $23,974.50 | $4,321.74 | $0 |
| United Consumer Financial Services | Secured | $0 | $1,206.68 | $1,206.68 | $0 | $0 |
| AAA Chicago Motor Club | Unsecured | $119.93 | NA | NA | $0 | $0 |
| Accounts Receivable Management | Unsecured | $995.00 | NA | NA | $0 | $0 |
| Allied International Credit | Unsecured | $663.00 | NA | NA | $0 | $0 |
| Allied Interstate | Unsecured | $346.00 | NA | NA | $0 | $0 |
| Amo Recoveries | Unsecured | $810.14 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Asset Management Out | Unsecured | $810.00 | NA | NA | $0 | $0 |
| Associated Laboratory Physicians | Unsecured | $142.20 | NA | NA | $0 | $0 |
| AT&T | Unsecured | $232.53 | NA | NA | $0 | $0 |
| Bay Area Credit Services | Unsecured | $146.00 | NA | NA | $0 | $0 |
| Bureau Of Collection Recovery | Unsecured | $263.00 | NA | NA | $0 | $0 |
| Capital Management | Unsecured | $800.07 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $284.36 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $126.10 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $100.00 | $1,013.74 | $1,013.74 | $0 | $0 |
| Commonwealth Edison | Unsecured | $407.33 | $524.13 | $524.13 | $0 | $0 |
| Concordia University | Unsecured | $3,531.81 | $3,531.81 | $3,531.81 | $0 | $0 |
| Credit Protection Association | Unsecured | $266.00 | NA | NA | $0 | $0 |
| Data Search | Unsecured | $221.00 | NA | NA | $0 | $0 |
| Debt Credit Service | Unsecured | $0 | NA | NA | $0 | $0 |
| Dere Tire & Auto Inc | Unsecured | $914.74 | NA | NA | $0 | $0 |
| Direct Tv | Unsecured | $265.63 | NA | NA | $0 | $0 |
| Harris & Harris | Unsecured | $260.00 | NA | NA | $0 | $0 |
| Harvey Anesthesiologists SC | Unsecured | $121.00 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $49.93 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $1,932.00 | $1,932.00 | $1,932.00 | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $205.27 | $205.27 | $0 | $0 |
| Illinois Lending Corporation | Unsecured | $491.23 | NA | NA | $0 | $0 |
| Ingalls Family Care Center | Unsecured | $994.23 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,475.00 | $1,475.74 | $1,475.74 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,266.00 | $1,267.02 | $1,267.02 | $0 | $0 |
| Linebarger Goggan Blair & Simpson | Unsecured | $1,030.00 | NA | NA | $0 | $0 |
| Lowe's | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Mercy Hospital | Unsecured | $37.80 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $733.00 | NA | NA | $0 | $0 |
| Northwestern Memorial Hospital | Unsecured | $3,240.00 | NA | NA | $0 | $0 |
| One Iron Ventures | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $599.00 | $599.01 | $599.01 | $0 | $0 |
| Premier Bankcard | Unsecured | $392.00 | $398.59 | $398.59 | $0 | $0 |
| Premier Bankcard | Unsecured | $146.52 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $376.00 | $376.88 | $376.88 | $0 | $0 |
| Professional Account Management | Unsecured | $72.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $263.35 | $207.92 | $207.92 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sallie Mae | Unsecured | $12,356.00 | $12,449.48 | $12,449.48 | $0 | $0 |
| Santander Consumer USA | Unsecured | NA | $246.93 | $246.93 | $0 | $0 |
| Santander Consumer USA | Unsecured | NA | $0 | $0 | $0 | $0 |
| Simplexity LLC | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Sm Servicing | Unsecured | $10,104.00 | NA | NA | $0 | $0 |
| Southwest Laboratory Physican | Unsecured | $18.68 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $994.66 | $794.66 | $794.66 | $0 | $0 |
| Watson Motorsport Ltd | Unsecured | $1,453.05 | NA | NA | $0 | $0 |
| West Asset Management | Unsecured | $514.50 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $224,889.99 | $0 | $0 |
| Mortgage Arrearage | $16,726.65 | $0 | $0 |
| Debt Secured by Vehicle | $27,327.50 | $5,051.43 | $0 |
| All Other Secured | $7,551.55 | $0 | $0 |
| **TOTAL SECURED:** | $276,495.69 | $5,051.43 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $1,607.99 | $327.54 | $0 |
| **TOTAL PRIORITY:** | $1,607.99 | $327.54 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $25,023.18 | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
| --- | --- |
| Expenses of Administration | $400.23 |
| Disbursements to Creditors | $5,378.97 |
| **TOTAL DISBURSEMENTS:** | $5,779.20 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: December 15, 2009         By: /s/ MARILYN O. MARSHALL
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.